UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 23-6010 (DEA) |
| DENISE MANCO | : | **TO BE FILED UNDER SEAL** |

## ORDER

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant United States Attorney, appearing), for an order sealing the criminal complaint and arrest warrant issued on this date against defendant DENISE MANCO, and for good cause shown,

IT IS on this 23rd day of May 2023,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the criminal complaint, arrest warrant, and this Order be and hereby are SEALED until the arrest warrant is executed or until further order of the Court. IT IS FURTHER ORDERED that, once the arrest warrant is executed that the criminal complaint, arrest warrant, and this Order be and hereby are unsealed.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

RECEIVED

MAY 2 3 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ