UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Douglas E. Arpert |
| | : | Mag. No. 23-6010 (DEA) |
| v. | : | |
| | : | CONSENT ORDER FOR |
| Denise Manco | | RELEASE ON CONDITIONS |

THIS MATTER having been brought before the Court by defendant Denise Manco, (by Benjamin West, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Ashley Super Pitts, Assistant United States Attorney) consenting, and the United States Pretrial Services Office consenting, for an Order consenting to release on the following conditions.

On this __8th__ day of September 2023 that the conditions shall be ordered as follows:

1. Report to Pretrial Services as directed.

2. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.

3. Surrender all passports/travel documents. Do not apply for new travel documents.

4. Substance abuse testing and/or treatment as directed by Pretrial Services.

5. Mental Health testing and/or treatment as directed by Pretrial Services.

6. Abstain from the use of alcohol.

7. Maintain current residence or a residence approved by Pretrial Services.

8. No contact with co-defendants, victims and witnesses.

9. Defendant is to enter and complete an inpatient drug program.

10. Defendant shall be released on Monday, September 11, 2023 and brought to the Trenton Federal Courthouse by 9 A.M.

_____
Douglas E. Arpert
United States Magistrate Judge